IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY PROCTOR,
ADC #87410                                                                                    PLAINTIFF

5:09CV00131HLJ

TIM MULLINS, et al.                                                                           DEFENDANTS

ORDER

On June 16, 2009, summons was returned, unexecuted, with respect to defendants Neema Suphan and Tim Mullins (DE ##7, 9). Copies of their last-known addresses have been filed under seal. Therefore, the Court will direct the reissuance of service on defendants Suphan and Tim Mullins at the addresses noted under seal. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendants Neema Suphan and Tim Mullins, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (DE #2) on defendants at the addresses provided under seal, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that upon re-issuance of the complaint and summons, the United States Marshal is hereby directed to send plaintiff's copy of process to the Clerk of the Court, who shall then remove the addresses prior to forwarding a copy to plaintiff.

IT IS SO ORDERED this 18th day of June, 2009.

_____
United States Magistrate Judge