## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**TERRY PROCTOR, ADC #87410**                                    **PLAINTIFF**

v.                          **Case No. 5:09-cv-131–DPM**

**TIM MULLINS; Former Infirmary
Manager,  Maximum Security Unit,
ADC; NEEMA SUPHAN, Doctor,
Maximum Security Unit, ADC; ALVA
GREEN, Director of Nurses, Maximum
Security Unit, ADC; and RANDALL
MANUS, Deputy Warden, Maximum
Security Unit, ADC**                                    **DEFENDANTS**


### ORDER

The Court has considered Magistrate Judge Joe J. Volpe's Proposed

Findings and Recommended Disposition—to which Terry Proctor

objected—and conducted a *de novo* review of the entire record, including the

recording of Proctor's 2 September 2010 pre-jury hearing.   Based on this

review, the Court adopts Magistrate Judge Volpe's proposed findings and

recommended disposition.  FED. R. CIV. P. 72(b)(3).

The Court dismisses Proctor's federal claims against all Defendants with

prejudice.  Because no federal claims remain, the Court declines to exercise jurisdiction over Proctor's state-law medical malpractice claim against Dr. Suphan.   28 U.S.C.A. § 1367(c)(3) (West 2006).   That claim is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_23 Nov. 2010_____